Case 5:26-cv-00051   Document 8   Filed 01/14/26 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **JESUS ALEJANDRO RODRIGUEZ SERRANO,** | § § § | |
| Petitioner, | § § | |
| VS. | § § | **CIVIL ACTION NO. 5:26-CV-00051** |
| **KRISTI NOEM,** *et al.*, | § § § | |
| Respondents. | § | |

# ORDER

Pending before the Court is Jesus Alejandro Rodriguez Serrano ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Motions for Temporary Restraining Order (Dkt. 2–5). Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; U.S. Attorney General Pamela Bondi; Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons; Field Office Director of Enforcement and Removal Operations, Dallas Field Office, Immigration and Customs Enforcement; and Warden of Rio Grande Processing Center. (Dkt. 1 at 1.)

Having reviewed the Petition and Motions, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1) and Motions, (Dkts. 2–5), and serve it on Petitioner no later than **January 23, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **January 28, 2026**.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), Motions for TRO (Dkts. 2–5), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons or his designee may be served at:

**Acting Director of Immigration and Customs Enforcement**
**500 12th Street SW**
**Washington, D.C. 20536**

Respondent Field Office Director of the Dallas Field Office for U.S. Immigration and Customs Enforcement or his designee may be served at:

**Field Office Location**
**8101 N. Stemmons Frwy**
**Dallas, TX 75247**

Respondent Warden of the Rio Grande Processing Center or his designee may be served at:

**Warden of the Rio Grande Processing Center**
**1001 San Rio Blvd,**
**Laredo, TX 78046**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), Motions for TRO (Dkts. 2–5), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), Motions for TRO (Dkts. 2–5), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk is also DIRECTED to e-mail a copy of the Petition, (Dkt. 1), Motions for TRO (Dkts. 2–5), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 14, 2026.

                                                Diana Saldaña
                                                United States District Judge