Case 5:26-cv-00051   Document 19   Filed 01/23/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JESUS ALEJANDRO RODRIGUEZ SERRANO,** | § § § § |
| Petitioner, | § § |
| VS. | § CIVIL ACTION NO. 5:26-CV-00051 |
| **KRISTI NOEM,** *et al.***,** | § § § |
| Respondents. | § § |

# ORDER

Respondents filed an unopposed motion to extend their response deadline on January 23, 2026. (Dkt. 18.) The Court finds good cause supports the requested relief. It is ORDERED that Respondents' Motion to Extend Response Deadline (Dkt. 18) is GRANTED; and ORDERED that Respondents shall file a response no later than **January 27, 2026.** Petitioner is ORDERED to file a reply by **February 2, 2026**.

IT IS SO ORDERED.
SIGNED this January 23, 2026.

Diana Saldaña
United States District Judge